### 14056.  HOLTON v. THE STATE.

BROYLES, C. J.   1.   Under repeated rulings of the Supreme Court and of this court a ground of a motion for a new trial, complaining of the admission of documentary evidence, cannot be considered, where the documentary evidence is not set forth in the ground nor attached as an exhibit thereto.  This ruling disposes of the first ground of the amendment to the motion for a new trial.

2. The verdict was authorized by the evidence, the alleged newly discovered evidence is merely impeaching in its character, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 11, 1923.

Indictment for manufacture of liquor; from Treutlen superior court — Judge Graham.   November 4, 1922.

*George B. Davis, W. J. Wallace,* for plaintiff in error.

*M. H. Boyer, solicitor-general, Saffold & Stallings,* contra.

---

### 14063.   WALDEN v. THE STATE.

BROYLES, C. J.   The motion for a new trial contains the usual general grounds only.   The evidence relied upon for a conviction, while circumstantial, is sufficient to exclude every *reasonable* hypothesis save that of the defendant's guilt, and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 11, 1923.

Accusation of possession of liquor; from city court of Thomasville — Judge W. H. Hammond.   October 6, 1922.

*J. M. Austin, Ira Carlisle,* for plaintiff in error.

*H. J. MacIntyre, solicitor,* contra.